IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-90-BLG-KLD |
| USPS Parcel to Attn: Lori at Ledge Stone Hotel Rm #133 4863 King Ave E Billings, MT from Loy Williams 415 Wild Wood St ME FL 32569 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 20th day of October, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1